IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ONE WORLD FOODS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STUBBS AUSTIN RESTAURANT )<br>COMPANY LC, FBR MANAGEMENT LLC, )<br>MIKE FARR, MATT LUCKIE, and JEFF )<br>WAUGHTAL, )<br>)<br>Defendants. ) | Civil Action No. 1:15-CV-01071 |

## **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, as a non-governmental corporate party, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, certify as follows:

McCormick & Company, Inc. owns 100% of the shares of One World Foods, Inc.

DATED:  November 25, 2015.

    Respectfully submitted,

    */s/ Amanda N. Harvey*
    LAWRENCE A. WAKS
    State Bar No. 20670700
    lawrence.waks@wilsonelser.com
    AMANDA N. HARVEY
    State Bar No 24046038
    amanda.harvey@wilsonelser.com
    901 Main Street, Suite 4800
    Dallas, Texas 75202
    (214) 698-8000
    (214) 698-1101 Facsimile

    ATTORNEY FOR PLAINTIFF
    ONE WORLD FOODS, INC.

1

2149696v.1